UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-4854-CBM(PJWx) | Date | APRIL 13, 2021 |
| Title | SHAUNA ANDRE v. U. S. BANK, NA., | | |

Present: The Honorable     CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper/Kevin Reddick | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Todd Friedman, via video | Brian M. Jazaeri-in person |
| Abbas Kazerounian, via video | Megan A. Suehiro, via video |
| Alan Gudino, via video | |

**Proceedings:** **VIDEO EVIDENTIARY HEARING**
**RE MOTION TO COMPEL ARBITRATION [17]**

The case is called and counsel state their appearance. The Court and counsel confer. Evidentiary hearing held.

Defense calls witnesses Ermine Galadzhyan and Barbara Cardone, sworn and testifies.
Exhibit DKT No. 17 A, B identified.
Plaintiff calls witness Shauna Andres, sworn and testifies.

Following discussions with the parties, the Court advises counsel that the motion is taken under submission, as stated on the record. A written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                                    **2:10**